**No. 43594.**—Protests 761185–G, etc., of F. W. Myers & Co. et al. (Ogdensburg, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43595.**—Protests 761130–G, etc., of T. Sumida & Co., Ltd., et al. (Honolulu, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43596.**—Protests 838423–G, etc., of Geo. Borgfeldt Corporation et al. (Baltimore, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 26, 1940

**No. 43597.**—Protests 967890–G, etc., of Chong Kee Jan & Co. et al. (San Francisco, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43598.**—Protests 783798–G, etc., of Willich & Co. et al. (Baltimore, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43599.**—Protests 596340–G, etc., of Atkinson Haserick & Co. et al. (Boston, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.